JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

DESMOND MICHAEL MORELAND,

       Petitioner,

    v.

T. OCHOA, (Acting Warden),

       Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 08-01749 GHK (AN)

JUDGMENT

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: ___3/25___, 2008

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY